1  Kerry McInerney Freeman (SBN 184764)
    *kmf@millerlawgroup.com*
2  Adam J. Tullman (SBN 235694)
    *ajt@millerlawgroup.com*
3  MILLER LAW GROUP
   A Professional Corporation
4  111 Sutter Street, Suite 700
   San Francisco, CA 94104
5  Tel. (415) 464-4300
6  Fax (415) 464-4336

7  Attorneys for Defendant CAFEPRESS, INC.

8  Alan Adelman
   Law Offices of Alan Adelman
9  240 Stockton Street, 4th Floor
   Union Square
10 San Francisco, California 94108
11 Telephone:  (415) 956-1376
   Facsimile:  (415) 358-4060
12
   Attorneys for Plaintiff KARA PARSONS
13

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KARA PARSONS, | Case No.: 3:13-CV-05144 JST |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| CAFEPRESS, INC., | CMC Date:  March 12, 2014<br>Time:  2:00 P.M.<br>Dept.:  Courtroom 9, 19th Floor |
| Defendant. | Complaint filed:  November 5, 2013 |

---

**STIPULATION AND [PROPOSED] ORDER  REGARDING REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE - Case No.: 3:13-05144 JST**

The parties, through their respective undersigned counsel, stipulate and respectfully request that the Initial Case Management Conference, currently set for March 12, 2014, at 2:00 p.m., and all attendant dates, be continued to a later date in late April or thereafter convenient for the Court and parties.

This request is made on the grounds that a brief continuance is warranted due to a series of circumstances including (1) the parties' ongoing settlement communications which, if successful, will obviate the need for the case management conference and related action items, (2) a family health emergency for defense counsel Kerry McInerney Freeman, and (3) the coinciding paternity leave of the other defense counsel Adam Tullman.

The parties' counsel have met and conferred regarding this issue and Counsel for Plaintiff stipulate to the request.

Dated: February 21, 2014　　　　　　　　MILLER LAW GROUP
　　　　　　　　　　　　　　　　　　　　　A Professional Corporation

　　　　　　　　　　　　　　　　　　　　　By: _____/S/_____
　　　　　　　　　　　　　　　　　　　　　　　Adam John Tullman
　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　　　　CAFEPRESS, INC.


Dated: February 21, 2014　　　　　　　　LAW OFFICES OF ALAN ADELMAN

　　　　　　　　　　　　　　　　　　　　　By: _____/S/_____
　　　　　　　　　　　　　　　　　　　　　　　Alan Adelman
　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　　KARA PARSONS

1
**STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER REGARDING REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE - Case No.: 3:13-05144 JST**

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT the Initial Case Management Conference shall be continued to May 21, 2014 at 2:00 p.m. All attendant dates shall be continued consistent with the new date of the Case Management Conference.

Dated: February 21, 2014

_____
Hon. Jon S. Tigar
Judge of the U.S. District Court