Alan Adelman
Law Offices of Alan Adelman
240 Stockton Street, 4th Floor
Union Square
San Francisco, California 94108
Telephone:  (415) 956-1376
Facsimile:  (415) 358-4060

Attorneys for Plaintiff KARA PARSONS

Kerry McInerney Freeman (SBN 184764)
  kmf@millerlawgroup.com
Adam J. Tullman (SBN 235694)
  ajt@millerlawgroup.com
MILLER LAW GROUP
A Professional Corporation
111 Sutter Street, Suite 700
San Francisco, CA 94104
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendant CAFEPRESS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARA PARSONS,<br><br>          Plaintiff,<br><br>v.<br><br>CAFEPRESS, INC.,<br><br>          Defendant. | Case No.: 3:13-CV-05144 JST<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER**<br><br>Complaint filed:  November 5, 2013 |

IT IS HEREBY STIPULATED by and between the parties to this action, through their undersigned counsel of record, that the above-captioned action, including Plaintiff's claims and Defendant's counterclaims, be dismissed in its entirety, with prejudice, pursuant to F.R.C.P. 41(a)(1)(ii), all parties to bear their own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated: May 9, 2014                        LAW OFFICES OF ALAN ADELMAN


By: _____
    Alan Adelman
    Attorneys for Plaintiff
    KARA PARSONS


Dated: May 9, 2014                        MILLER LAW GROUP
                                          A Professional Corporation


By: _____
    Kerry McInerney Freeman
    Attorneys for Defendant
    CAFEPRESS, INC.

**ORDER**

The above-captioned matter is dismissed in its entirety with prejudice.

**IT IS SO ORDERED.**

Dated: May 9, 2014



_____

**STIPULATION FOR DISMISSAL AND [~~PROPOSED~~] ORDER - Case No.: 3:13-05144 JST**